[No. 30612-0-I. Division One. December 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOT K. BERNARD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-01280-9, Robert C. Bibb, J., entered April 1, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Forrest and Kennedy, JJ.

[No. 30602-2-I. Division One. December 16, 1993.]

*In the Matter of the Marriage of* CLAIRE J. LEWIS, *Respondent, and* BARRY A. LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-3-07236-9, Donald D. Haley, J., entered April 1, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Pekelis, A.C.J., and Coleman, J.

[No. 15151-1-II. Division Two. December 17, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JON RODNEY RONEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-03847-7, Karen G. Seinfeld, J., entered June 12, 1991. *Affirmed in part* by unpublished opinion per Alexander, C.J., concurred in by Morgan and Houghton, JJ.

[No. 15240-1-II. Division Two. December 17, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ELISE LASHAWN SAUNDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 253485R071, Terry D. Sebring, J., entered July 29, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Houghton, J.